USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                           :

ZHENGJUN DONG, *individually and on behalf of* :
*all others similarly situated, et al.,*       :

                                           :

                                         :

                     Plaintiffs,  :                  1:25-cv-9815-GHW

                                       :

               -against-           :               ORDER

                                       :

GTV Media Group, Inc., *et al.,*         :

                                       :

                   Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on November 25, 2025.  Dkt. No. 1.  Objector's notice of removal does not append any of the underlying state court documents.  Objector is directed to file an updated notice of removal containing the underlying state court documents no later than December 5, 2025.

      Additionally, counsel for Plaintiffs and counsel for Defendants are directed to promptly file a notice of appearance in this case.  Counsel for Objector is directed to serve a copy of this order on each of the Plaintiffs and Defendants, and to retain proof of service.

      SO ORDERED.

Dated:  December 4, 2025
      New York, New York

                                    _____
                                      GREGORY H. WOODS
                               United States District Judge