UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/18/2025

ZHENGJUN DONG, *individually and on behalf of
all others similarly situated, et al.,*

                         Plaintiffs,

              -against-

GTV Media Group, Inc., *et al.,*

                    Defendants.

------------------------------------------------------------------ X

1:25-cv-9815-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On November 25, 2025, Objector the United States Securities and Exchange Commission, removed Plaintiffs' motion to compel compliance with a subpoena in Plaintiffs' underlying state case to this District pursuant to 28 U.S.C. § 1442(a).  Dkt. No.1.  On December 18, 2025, Plaintiffs filed a notice of voluntary dismissal, seeking to dismiss, without prejudice, "the above-captioned action concerning Plaintiffs' motion to compel compliance with a subpoena served upon the U.S. Securities and Exchange Commission" in Plaintiffs' underlying state court case under F.R.C.P. 41(a)(1)(A)(i).  Dkt. No. 13.

Neither Plaintiffs nor Objector have indicated that this matter, removed by Objector, has been resolved.  Accordingly, the parties are directed to submit a letter to the Court advising the Court on the status of the underlying motion to compel no later than 5:00 p.m. on December 19, 2025.  The Clerk of Court is directed to *not* close this case, pending further order of the Court.

      SO ORDERED.

Dated: December 18, 2025
      New York, New York

                                _____
                                GREGORY H. WOODS
                               United States District Judge